AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
OCALA DIVISION

CARLOS CLEMENTE HENRY TAYLOR
*Petitioner*

v.

Case No. 5:23-cv-439-WFJ-PRL
*(Supplied by Clerk of Court)*

WARDEN FCC COLEMAN LOW

*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: CARLOS CLEMENTE HENRY TAYLOR
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Coleman LOW
   (b) Address: 846 N.W. 54th Terrace
   Coleman FL 33509
   (c) Your identification number: 06128-104
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: S.D. of Florida

   (b) Docket number of criminal case: 0:15CR20388-COHN-3
   (c) Date of sentencing: 11-30-2015
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*: FSA denial of benefits.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:    BOP
                                                     Washington DC
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
       Refusal of BOP/DOJ to recognize congressinal law, as pertains to FSA benefits.

   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**     N/A
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**                    N/A
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

HENRY TAYLOR, CARLOS 06128104

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: "Article III review required"

9. **Third appeal**    N/A
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: "Article III review required"

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

HENRY TAYLOR, CARLOS 06128104

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     ☒ No     N/A

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:    N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☒ No

HENRY TAYLOR, CARLOS 06128104

Page 5 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:   N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes        x☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        x☒ No    N/A "Article III review required"
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

HENRY TAYLOR, CARLOS 06128104

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner is being denied his FSA benefits, which are causing him to be detained in violation of congressional acts.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Petitioner is afforded Good Time Credits, towards his earlier release. (GTC) are congressionally provided; FSA (FTC) are congressionally provided. Petitioner is being granted one form of earlier release, yet denied second form (FSA) benefits, in opposition to equal treatments. (14th and 5th amndment protections) this also violates 8th Amend.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes   ☒ No   ** Article III, judicial powers required **

**GROUND TWO:** Petitioners co-defendant has already been deported and returned home; Petitioner is being denied same treatments of law.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Co-defendant had exact same sentence as Petitioner; however he (co-defendant) was housed at another institution; co-defendant is already returned to Colombia. Petitioner is receiving different treatment by this BOP facility, than the law provides for.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes   ☒ No   ** Article III judicial review required **

**GROUND THREE:** Petitioner is being treated differently then BIDEN administration policies are promoting. (i.e., continuing the conection of families with immigration issues)

(a) Supporting facts (Be brief. Do not cite cases or law.):

Petitioner is being kept away from his family in Colombia, in the direct opposition to the Executives policy to the contrary.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes   ☒ No

HENRY TAYLOR, CARLOS 06128104

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner did not enter the USA illegally, instead he was brought from international waters by federal agency.
He is being denied benefits for FSA credits, due to government action.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was never intending to be within the teriotorial United States, illegally or otherwise. The United States kidnapped him from International waters, and brought him onto U.S. soils, against his will. Now, in opposition to the law(s) that provide for petitioners immediate deportation(upon applying FSA credits), the United States BOP further's the illegal detention inside of america.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No   ** Article III judicial powers necessary **

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: The Court is humbly requested to order the Defendant to apply Petitioner's FSA credits, to his benefit, and immediately return him to his country of nationality.(Colombia)

HENRY TAYLOR, CARLOS 06128104

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-17-2023          Henry Taylor
                         *Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

HENRY TAYLOR, CARLOS  06128104

Page 9 of 9